

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00270-CR

**CRAIG HAWKINS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 249th District Court
Johnson County, Texas
Trial Court No. DC-F201800413**

# O R D E R

Appellant's brief was originally due on December 17, 2018. A first extension of time of 60 days was granted, and appellant's brief was due February 15, 2019. A second extension of time of 31 days was granted, and appellant's brief was due March 18, 2019. Now, counsel for appellant has requested an additional 30 days which would make the brief due on April 17, 2019. This most recent request has pushed the total days to file the brief to 153 days to file a brief that the Rules of Appellate Procedure provide should be filed in 30 days. We cannot, in good conscience, grant counsel five times the amount of

time allowed by the rules to file appellant's brief where there is no suggestion in the motion that this case is unusual in any way.

Accordingly, Appellant's Third Agreed Motion for Extension of Time to File Appellant's Brief is denied. Appellant's brief is due April 15, 2019. If not filed by the deadline set herein, the appeal will be abated for a hearing pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Motion denied
Order issued and filed March 27, 2019

